No. 6,598.—STATE ex rel. AMELIA JOHNSON, Relatrix,
v. DISTRICT COURT et al., Respondents.

Decided November 12, 1929.

PER CURIAM.—The application for writ of supervisory control herein is denied.

*Mr. C. F. Holt, Mr. Lester H. Loble* and *Mr. Hugh R. Adair,* for Relatrix.

No. 6,602.—STATE ex rel. J. R. WINE, Relator, v. A. J. HORSKY, District Judge, Respondent.

Decided November 13, 1929.

PER CURIAM.—Relator's petition for writ of mandate herein is denied.

*Mr. John W. Mahan* and *Mr. J. R. Wine,* for Relator.